### MEYUNG v STROHFELDT

Ohio Appeals, 1st Dist, Hamilton Co

No 4806. Decided June 10, 1935

Nathaniel H. Maxwell, Cincinnati, D. D. Woodmansee, Cincinnati, and Ervin L. Bramlage, Cincinnati, for plaintiff in error.

A. A. Rendigs, Cincinnati, and W. H. Fry, Cincinnati, for defendant in error.

## OPINION

**By HAMILTON, J.**

Plaintiff had a right to cross the street, as she did, using reasonable care for her own safety. She had nearly completed her crossing before she was struck. Had defendant sounded his horn, she might have jumped out of the way. Had defendant had his car under control, he might have stopped before striking her. Had he kept a proper lookout, he might have avoided striking her, by passing to her rear. These are inferences which could well be drawn from the evidence.

The ordinances of the city and the statutes of the state provide that the driver of a motor vehicle upon the street or highway shall drive in a careful manner, with due consideration for the safety and rights of pedestrians, so as not to endanger the life or limb of any person rightfully upon such street or highway.

Lack of due care on the part of the defendant under the circumstances was clearly inferable from the evidence adduced, and the case should have been submitted to the jury, not only under the common law duty to observe due care under the circumstances, but also under the ordinances of the city and the laws of the state.

The judgment is reversed and the cause remanded for a new trial.

ROSS, PJ, and MATTHEWS, J, concur.